**MINUTE ENTRY**
**AFRICK, J.**
**OCTOBER 29, 2018**

**JS-10:   00:10**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                     **NO.  17-114**

**JEROME KIEFFER**                                   **SECTION "B"**
**ARMSTEAD KIEFFER**

### JURY TRIAL
(Day 6)

Courtroom Deputy:     Isidore Grisoli
Court Reporter:          Nichelle Drake

PRESENT:     David Haller, Michael McMahon, Asst. U.S. Attorneys
                      Nicole Burdett, Counsel for Jerome Kieffer
                      Kevin Kelly, John Fuller, Gregory Carter, Counsel for Armstead Kieffer
                      Jerome Kieffer, Armstead Kieffer, Defendants

Court begins at 1:37 p.m.
Case called; all present and ready.
Counsel appear for the record.
Jury question no. 1 addressed by the Court at 11:45 a.m.
Jury question no. 2 addressed by the Court at 1:15 p.m.
Jury returns at 1:39 p.m. with verdict - jury polled.
**Sentencing set for Wednesday, February 13, 2019 at 2:00 P.M.**

Court adjourned at 1:47 p.m.